UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| SAMMY CASEY, | ) |
| | ) |
| Movant, | ) |
| | ) |
| v. | ) No. 1:05-CV-125 CAS |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Respondent. | ) |

**MEMORANDUM AND ORDER**

This matter is before the Court upon the motion of Sammy Casey to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255. Because movant's sentencing is pending so that no final criminal judgment has been entered, see United States v. Casey, No. 1:05CR63 CAS (E.D. Mo.), his § 2255 motion is premature and is subject to summary dismissal. Therefore, the Court will dismiss the motion.

Accordingly,

**IT IS HEREBY ORDERED** that the instant motion to vacate, set aside or correct sentence pursuant to 28 U.S.C. § 2255 [Doc. #1] is **DENIED**, without prejudice.

An appropriate order of dismissal will accompany this memorandum and order.

Dated this _9th_ day of _August_, 2005.

_____
UNITED STATES DISTRICT JUDGE